IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TYRONE DORN, individually and
on behalf of others similarly situated**                                                                 **PLAINTIFF**

v.                              Case No. 2:22-cv-00073 KGB

**LENNOX INDUSTRIES INC.**                                                                                     **DEFENDANT**

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 28). Plaintiff Tyrone Dorn brought this action against defendant Lennox Industries, Inc. alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.* (*Id.*, ¶ 1). The Court has not certified a collective action class (*Id.*, ¶ 4). The parties represent that, after arm's length negotiations in which plaintiffs and defendant were represented by counsel, they have reached an agreement that resolves all claims in this lawsuit (*Id.*, ¶ 2). The parties stipulate that this matter should be dismissed with prejudice, with each party to bear is own fees and costs (*Id.*, ¶ 5).

The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice and dismisses this action with prejudice, with each side to bear its own fees and costs (Dkt. No. 28).

It is so ordered this 22nd day of December, 2022.

_____
Kristine G. Baker
United States District Judge